IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:24CR24 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR VARIANCE** |
| ZACHARY MCELDERRY, | ) | |
| Defendant. | ) | |

The defendant, Zachary McElderry, by and through counsel, moves the court to consider 18 U.S.C. §3553 (a) factors and grant him downward variance from the sentence range calculated by the guidelines for the reasons stated in the accompanying brief.

Respectfully submitted,

ZACHARY MCELDERRY, Defendant,

BY: /s/ Yvonne D. Sosa
**Yvonne D. Sosa**
**Assistant Federal Public Defender**
222 South 15th Street
Suite 300N
Omaha, NE 68102
(402) 221-7896
Attorney for Defendant