IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>ZACHARY MCELDERRY,<br><br>    Defendant. | 8:24CR24<br><br>ORDER |

   This matter is before the Court on defendant Zachary McElderry's ("McElderry") *pro se* Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 50). The government has responded to McElderry's motion and concedes that a hearing is necessary to resolve his claim that his former counsel failed to file an appeal as directed (Filing No. 54). *See* 28 U.S.C. § 2255(b) (generally requiring a hearing "[u]nless the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief"). It contends his remaining claims are without merit.

   The admitted need for an evidentiary hearing warrants the Court appointing counsel to represent McElderry in that proceeding. *See id.* § 2255(g) (authorizing the appointment of counsel); 18 U.S.C. § 3006A; Rule 8(c), Rules Governing Section 2255 Proceedings for the United States District Courts; *Witthar v. United States*, 793 F.3d 920, 923 (8th Cir. 2015) (requiring an evidentiary hearing to resolve conflicting statements from a § 2255 petitioner and his former counsel); *Hoggard v. Purkett*, 29 F.3d 469, 471 (8th Cir. 1994) ("The interests of justice require the court to appoint counsel when the district court conducts an evidentiary hearing on the petition.").

   In light of the foregoing,

   IT IS ORDERED:

1. An evidentiary hearing on Zachary McElderry's 28 U.S.C. § 2255 Motion is set for February 10, 2026 at 9:00 a.m. in Courtroom No. 4, Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha, Nebraska 68102.

2. The Federal Public Defender for the District of Nebraska is appointed to represent McElderry at the hearing. If the Federal Public Defender accepts this appointment, the Federal Public Defender shall promptly file an appearance in this matter. In the event the Federal Public Defender should decline this appointment for reason of conflict or based on the Criminal Justice Act Plan, the Federal Public Defender shall promptly provide the Court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3. The Clerk of Court shall provide a copy of this Order to the Federal Public Defender.

4. The Court will arrange for McElderry to participate by telephone. Counsel and any former attorney of McElderry's who will be called as a witness will appear in person.

5. The parties may call other witnesses and present other relevant evidence at the hearing.

Dated this 2nd day of December 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge