IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 8:24-CR-00024-RFR-MDN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | UNOPPOSED MOTION |
| | ) | TO CONTINUE |
| ZACHARY MCELDERRY, | ) | EVIDENTIARY HEARING |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant ZACHARY MCELDERRY, by and through his successor attorney, Peder Bartling, Bartling Law Offices, P.C., L.L.O., and moves the Court to continue the evidentiary hearing regarding the above-captioned matter that the Court has scheduled for February 10, 2026, for one hundred and eighty (180) days, or as soon thereafter as the Court may hear the matter. In support of the instant Motion, Defendant states as follows:

1.   On February 21, 2024, a grand jury returned an "Indictment" against Defendant alleging, *inter alia*, possession with intent to distribute "500 grams or more of a mixture of a substance containing a detectable amount of methamphetamine," in violation of 21 U.S.C. § 841(a)(1) and (b)(1). [Doc. #13]

2.   On March 20, 2024, Plaintiff filed an "Information Of Prior Conviction," pursuant to 21 U.S.C. § 851, alleging, *inter alia*, that Defendant had an eligible prior conviction that subjected him "to increased punishment under Title 21, United States Code, Section 841(b)(1)." [Doc. #20]

3.   On August 21, 2024, Defendant appeared before the Court for a change-of-plea hearing at which Defendant entered a guilty plea to the sole count

of the Indictment and, thereafter, the Court accepted Defendant's guilty plea. [Doc. #27]

4. On November 14, 2024, Defendant appeared before the Court for a sentencing hearing at which the Court, *inter alia*, ordered Defendant to serve a term of imprisonment of 250 months. [Doc. #40]

5. The "Criminal Docket" regarding the matter does not reflect that Defendant's trial counsel filed an appeal following the sentencing hearing.

6. On October 22, 2025, Defendant filed a pro se "Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody" (hereinafter, "Motion"). [Doc. #50]

7. The Motion contends, *inter alia*, that Defendant's trial counsel provided ineffective assistance of counsel at the sentencing hearing and, thereafter, by failing to file an appeal to the United States Court of Appeals for the Eighth Circuit. [Doc. #50, ¶12]

8. Presently, Defendant is imprisoned at FCI Leavenworth (Leavenworth, Kansas). Defendant's successor counsel's office is in Omaha, Nebraska.

9. Defendant successor counsel has completed a preliminary review of the matter, including speaking with Defendant's trial counsel and Plaintiff's counsel. Notwithstanding said review and communication, Defendant's successor counsel requires additional time to complete preparations for an evidentiary hearing regarding the Motion; and, there is insufficient time to complete said preparations absent the Court continuing the evidentiary hearing.

10. Defendant's successor counsel and Plaintiff's counsel, Assistant United States Attorney Joseph P. Meyer, have discussed the content of the instant Motion and Plaintiff's counsel has authorized Defendant's successor counsel to state that Plaintiff's counsel has no objection to the Court sustaining the Motion.

WHEREFORE, for the foregoing reasons, Defendant moves the Court to continue the evidentiary hearing regarding the matter that the Court has scheduled for February 10, 2026, for one hundred and eighty (180) days, or as soon thereafter as the Court may hear the matter.

DATED this 6th day of February, 2026.

ZACHARY MCELDERRY, Defendant

By: /s/ Peder Bartling
Peder Bartling, #20945
Bartling Law Offices, P.C., L.L.O.
209 South 19th Street, Suite 500
Omaha, Nebraska 68102
(402) 630-2229
E-mail: peder@bartlinglaw.com
Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 6, 2026, Bartling Law Offices, P.C., L.L.O., filed the foregoing "Unopposed Motion To Continue Evidentiary Hearing" electronically with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system which sent notification of such filing to the following: United States Attorney, Omaha, Nebraska.

/s/ Peder Bartling
Peder Bartling, #20945
Bartling Law Offices, P.C., L.L.O.