# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY MCELDERRY,<br><br>Defendant. | **8:24CR24**<br><br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 62), judgment is entered in favor of the United States of America and against defendant Zachary McElderry.

Dated this 24th day of June 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge